# Order

**Lansing, Michigan**

September 25, 2019

Rehearing No. 624

156708

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

MATTHEW T. THIEL and NIKOLE M. THIEL,
      Plaintiffs/Counterdefendants-Appellees,
and

WILLIAM TRAYWICK and MARCIA
TRAYWICK,
      Intervening Plaintiffs/
      Counterdefendants-Appellees,

v

DAVID L. GOYINGS and HELEN M. GOYINGS,
      Defendants/Counterplaintiffs-
      Appellants.

SC: 156708
COA: 333000
Allegan CC: 15-055184-CK

_____/

On order of the Court, the motion for rehearing is considered, and it is DENIED.

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

September 25, 2019



Clerk

t0918